UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEE AMINA BARNES-MOHAMMED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA BARBARA, et al.,<br><br>　　　　　Defendants. | CASE NO. ED CV 02-504-ABC (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: _March 24, 2008._

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\MOHAMMED\Order.accepting.R&R.wpd