UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALEE AMINA BARNES-MOHAMMED,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF SANTA BARBARA, et al.,<br><br>             Defendants. | CASE NO. ED CV 02-504-ABC (PJW)<br><br>J U D G M E N T |

   Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the action is dismissed with prejudice.

   DATED:    March 24, 2008    .

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\MOHAMMED\JUDGMENT.wpd